ANDREW Y. CHIANG
8/21/19

A: 8/20/19

FILED

2019 AUG 21  A 9: 28

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

MC

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: **'19MJ10433** |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF: |
| v. | 18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm |
| Jesse SADLER, | |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about August 20, 2019, within the Southern District of California, defendant, Jesse SADLER, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and intentionally possess a firearm that traveled in and affected interstate commerce, to wit: J.C. Higgins 12 Gauge Shotgun, in violation of Title 18, United States Code, Section 922(g)(1).

1 | The complainant states that this complaint is based on the attached Statement of Facts
2 | incorporated herein by reference.

_____
Special Agent David Madero
Homeland Security Investigations

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 21st DAY OF AUGUST 2019.

_____
HON. ANDREW G. SCHOPLER
U.S. MAGISTRATE JUDGE

2

United States of Americal
   v.
Jesse SADLER

## STATEMENT OF FACTS

This Statement of Facts is based on the reports, documents, and notes furnished to Homeland Security Investigations Special Agent David Madero.

On August 20, 2019, Customs and Border Protection Officer (CBPO) C. Colunga and CBPO A. Aguirre were performing outbound operations at the Andrade, California Port of Entry. At approximately 6:30 p.m., Jesse SADLER (SADLER) was the driver and sole occupant of a Chevrolet Silverado and was traveling southbound into Mexico. CBPO Colunga questioned SADLER if he had anything to declare and received a negative customs declaration. CBPO Colunga questioned SADLER where he was heading and SADLER stated he was heading to Algodones, Mexico. CBPO Colunga noticed SADLER acted nervously and referred SADLER to secondary inspection.

At secondary inspection, CBPO Aguirre questioned SADLER if he had anything to declare and received a negative customs declaration. CBPO Aguirre observed the truck bed of the Silverado and noticed SADLER was transporting a boat seat. CBPO Aguirre searched the boat seats and subsequently discovered a JC Higgings 12 gauge shotgun concealed within the boat seats. In addition, during the search of the Silverado CBPO Aguirre discovered 9 rounds of 12 gauge buck shot and 5 hollow point slugs for a 12 gauge shotgun.

Record checks of SADLER revealed he was convicted in 2006 for Burglary (Felony) and was sentenced to 3 years probation and 13 days in jail. In 2007, SADLER was convicted for possession of blank checks/defraud and was sentenced to 3 years probation and 240 days in jail. Preliminary checks revealed that the shotgun was not manufactured in California.

Therefore, the shotgun traveled in, and/or affected interstate commerce to arrive in the state of California. At approximately 10:00 p.m., SA Madero placed SADLER under arrest. SADLER was advised of his constitutional rights per Miranda.

SADLER stated he understood his rights and was willing to answer questions without an attorney present. During questioning, SADLER claimed ownership of the shotgun and admitted he knew the shotgun was concealed within the boat seats he was transporting.